

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY STREM,<br><br>                      Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, SAN DIEGO SHERIFFS DEPUTIES WILLIS (#9925) and MYERS (#7284),<br><br>                      Defendants. | Case No.: 15cv2120-KSC-JMA<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR HEARING ON ORDER VACATING TRIAL DATE [Doc. No. 103];**<br><br>**ORDER VACATING MOTION IN LIMINE HEARING** |

On May 19, 2017, the Court issued an Order Directing Parties to File Further Briefing on Qualified Immunity in Light of Recent Ninth Circuit Decision and Vacating Trial Date ("Order"). [Doc. No. 102.] On May 20, 2017, plaintiff filed a Request for Hearing on Order Vacating Trial Date. [Doc. No. 103.] Plaintiff requests an opportunity to be heard on the Court's Order. *Id.* Plaintiff further requests that the "in limine motions hearing remain on calendar, so this matter can be discussed." *Id.* As the Court set forth in its Order, due to the issuance of *S.B., a minor v. County of San Diego*, No. 15-56848, 2017 WL 1959984 (9th Cir. May 12, 2017) ("*S.B.*"), the Court *sua sponte* found good cause to modify the scheduling order in this case. [Doc. No. 102.] The Court's Order set forth a

1

briefing scheduling for the parties to brief the issues presented. *Id.* Accordingly, plaintiff's request is **DENIED**.

In light of the pending briefing schedule, the hearing for the motions *in limine* currently scheduled for May 24, 2017 at 9:30 A.M. is **HEREBY VACATED**.

**IT IS SO ORDERED.**

Dated: May 22, 2017

Hon. Karen S. Crawford
United States Magistrate Judge