THOMAS E. MONTGOMERY, County Counsel (State Bar No. 109654)
County of San Diego
By RONALD LENERT, Senior Deputy (State Bar No. 277434)
By FERNANDO KISH, Senior Deputy (State Bar No. 236961)
1600 Pacific Highway, Room 355
San Diego, California 92101
Telephone: (619) 531-5805; (619) 531-4713; Facsimile: (619) 531-6005
E-mail: ronald.lenert@sdcounty.ca.gov
E-mail: fernando.kish@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, Peter Myers and Vernon Willis

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY STREM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN DIEGO; SAN DIEGO SHERIFFS DEPUTIES WILLIS (#9925) and MYERS (#7284); DOES 1-5,<br><br>　　　　Defendants. | No. 15cv2120-KSC(JMA)<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY<br><br>Date:  n/a<br>Time: n/a<br>Dept.:  Courtroom of the Honorable Karen Crawford<br>Trial Date:  n/a<br><br>**[NO ORAL ARGUMENT]** |

On May 19, 2017, the Court directed the parties to file further briefing in this case on qualified immunity in light of a recent Ninth Circuit decision.  (Doc. No. 102.) Following the submissions by all parties, Defendants County of San Diego, Peter Myers and Vernon Willis submit as supplemental authority the recent post-submission decision by the Ninth Circuit Court of Appeals, *Shafer v. County of Santa Barbara*, No. 15-56548 __ F.3d __ (9th Cir. Aug. 29, 2017) 2017 U.S. App. LEXIS 16512, as bearing directly on the qualified immunity issue.

DATED: August 29, 2017　　　　THOMAS E. MONTGOMERY, County Counsel

　　　　　　　　　　　　　　　　By: s/ RONALD LENERT, Senior Deputy
　　　　　　　　　　　　　　　　Attorneys for Defendants County of San Diego,
　　　　　　　　　　　　　　　　Peter Myers and Vernon Willis
　　　　　　　　　　　　　　　　E-mail: fernando.kish@sdcounty.ca.gov