

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Timothy Strem,

                                  **Plaintiff,**

                    V.

San Diego County Sheriffs Deputy Willis, County of San Diego, San Diego County Sheriffs Deputy Myers, Does 1-5,

                                  **Defendant.**

**Civil Action No.** 15-cv-02120-KSC-JMA

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Defendants' Motion for Summary Judgment is granted. The Court grants defendants' Motion for Summary Judgment as to the federal excessive force claim against defendants San Diego Sheriff Deputies Vernon Willis, Peter Myers, and their employer, the County of San Diego. Because there are no remaining federal claims, the Court declines to exercise jurisdiction over the remaining state law battery claim. Accordingly, the Court dismisses plaintiff's state law claim for battery against defendants.

**Date:**    11/8/17

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  K. Betancourt

                                                        K. Betancourt, Deputy